UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Lief Jonassen, 1:20-cv-2877-RLY-TAB

**ORDER DISMISSING CASE**

The Magistrate Judge recommends that this action be dismissed without prejudice. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 28089). This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 25th day of August 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.